# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0028
Lower Tribunal No. 2007-CF-017167

_____

KEVIN JEROME BLACK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

June 19, 2026

PER CURIAM.

AFFIRMED.  *See Wainwright v. State*, 411 So. 3d 392, 399–401, 399 n.13 (Fla.) (*Erlinger v. United States*, 602 U.S. 821 (2024), does not apply retroactively), *cert. denied*, 145 S. Ct. 2789 (2025).

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.


Ryan Edward McFarland, of Kent & McFarland Attorneys at Law, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED